No. 514, Misc. POTTER ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Motion for leave to supplement petition granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William A. Dougherty* for petitioners. *Thomas C. Lynch,* Attorney General, *William E. James,* Assistant Attorney General, and *James H. Kline,* Deputy Attorney General, for respondent.

No. 888, October Term, 1965. UNITED BISCUIT CO. OF AMERICA *v.* FEDERAL TRADE COMMISSION, 383 U. S. 926;

No. 16. AUSTIN *v.* KENTUCKY, 386 U. S. 767;

No. 98. ANDERS *v.* CALIFORNIA, 386 U. S. 738;

No. 500. FENIX & SCISSON, INC. *v.* UNITED STATES, 386 U. S. 1036;

No. 768. SULLIVAN ET UX. *v.* UNITED STATES, 387 U. S. 905;

No. 915. MUNCY ET VIR *v.* GENERAL MOTORS CORP., 386 U. S. 1037;

No. 1011. ARMORED CARRIER CORP. *v.* UNITED STATES ET AL., 386 U. S. 778;

No. 1143. MADISON *v.* UNITED STATES, 386 U. S. 1037;

No. 1165. CALHOUN *v.* HERTWIG, TRUSTEE, ET AL., 386 U. S. 1033;

No. 1166. JORDAN ET AL. *v.* UNITED STATES, 386 U. S. 1033;

No. 1178. MUTH, ADMINISTRATRIX, ET AL. *v.* ATLASS ET AL., 386 U. S. 1037;

No. 1258. POWELL *v.* COMMITTEE ON ADMISSIONS AND GRIEVANCES ET AL., 386 U. S. 1035; and

No. 1217, Misc. FORREST *v.* UNITED STATES, 386 U. S. 995. Petitions for rehearing denied.